**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STANLEY B. HASS**,**

*Plaintiff*,

v.

No. 1:26-cv-01889-SMD-SCY

MEWBOURNE OIL COMPANY,

*Defendant*.

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

This matter comes before the Court on the joint motion of Plaintiff Stanley B. Hass and Defendant Mewbourne Oil Company (collectively, the "Parties") to stay proceedings to facilitate resolution. Doc. 28. Having reviewed the Parties' filing, the motion is GRANTED.

Accordingly, it is hereby **ORDERED**:

1. This action is **STAYED** in its entirety for 90 days, up to and including December 14, 2026, including any deadlines associated with Defendant Mewbourne Oil Company's pending Motion to Dismiss (Doc. 8).
2. During this 90-day stay, either party may move to extend the stay for purposes of continuing settlement discussions and/or executing or effectuating the terms of a settlement agreement.
3. Regardless of the outcome, the Parties **MUST** file a joint status report no later than 7 days after expiration of the stay. In their report, the Parties must set forth their respective positions regarding further litigation of the action, and in particular the pending Motion to Dismiss (Doc. 8).

**IT IS SO ORDERED**.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**